UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                  Case No. 1:04-cr-108

v.                                                Hon. Richard Alan Enslen

MICHAEL JOHN SKOCZYLAS,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed May 22, 2008, by United States Magistrate Judge Ellen S. Carmody. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

Upon such review, the Court finds that the guilty pleas to violations one, two, and three of the Amended Petition dated April 29, 2008 were made knowingly and with full understanding of each of the rights explained by the Magistrate Judge and were made voluntarily and free from any force, threats or promises. The Court also finds that Defendant understood the nature of the charges and the penalties provided by law and that the pleas had a sufficient factual basis.

**THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 22, 2008, is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Court adjudicates Defendant Michael John Skoczylas guilty of violations one, two, and three.

**IT IS FURTHER ORDERED** that the Defendant be continued on supervised release, with all prior general and special conditions of supervision in effect in addition to the following special condition:

5. The defendant shall participate in home confinement/**curfew** for the remainder of his term of supervised release, during which time the defendant is restricted to his place of residence every day from 10:00 p.m. to 6:30 a.m., unless excused by the probation officer.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>June 6, 2008 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |